No. 56019.—Norman G. Jensen *v.* United States, protests 63855–K, etc. (Pembina).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56020.—California Wines, Ltd., and A. Hirschberg *v.* United States, protests 129669–K and 161142–K (Los Angeles).

Opinion by EKWALL, J. Following the authorities cites in Abstract 15400 the court dismissed the protests.

No. 56021.—Antoine Chiris Co., Inc., et al. *v.* United States, protests 142443–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56022.—Jahan Trading Co. et al. *v.* United States, protests 144665–K (B), etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56023.—W. R. Zanes & Company *v.* United States, protest 151064–K (Galveston).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 56024.—Julius Garfinckel & Co. et al. *v.* United States, protests 157041–K, etc. (Baltimore).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56025.—W. R. Grace & Co. et al. *v.* United States, protests 157673–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56026.—J. E. Bernard & Company, Inc., et al. *v.* United States, protests 158731–K/2689, etc. (Chicago).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.